The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>   v.<br><br>GREGORY P. CAVAGNARO, ESQ.; LAW OFFICE OF GREGORY P. CAVAGNARO; and UMPQUA BANK,<br><br>                    Defendants. | NO. 2:24-cv-00472-RSM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br><br>AUGUST 19, 2024 |

## I.   STIPULATION

Plaintiff ALPS Property & Casualty Insurance Company ("ALPS") and Defendants Gregory P. Cavagnaro, Esq., the Law Office of Gregory P. Cavagnaro, and Umpqua Bank (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of the above-captioned action, including all claims and counterclaims asserted therein, with prejudice, and that each party shall be responsible for its own attorneys' fees and costs incurred in this action.

STIPULATION OF DISMISSAL WITH PREJUDICE (NO. 2:24-cv-00472-RSM) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

DATED this 19th day of August, 2024.

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | FOSTER GARVEY PC |
| By /s/ Joshua B. Selig<br>Joshua B. Selig, WSBA #39628<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>Email: jselig@byrneskeller.com | By /s/ Jason M. Ayres<br>Jason M. Ayres, WSBA #39141<br>121 SW Morrison St., Suite 1100<br>Portland, OR 97204<br>Telephone: (503) 228-3939<br>Email: jason.ayres@foster.com |
| KUTAK ROCK LLP | *Attorneys for Defendant Umpqua Bank* |
| By /s/ Brooke H. McCarthy<br>Brooke H. McCarthy* | LAW OFFICE OF GREGORY P. CAVAGNARO |
| By /s/ Kevin D. Hartzell<br>Kevin D. Hartzell*<br>1650 Farnam Street<br>Omaha, NE 68102-2186<br>Telephone: (402) 346-6000<br>Email: Brooke.McCarthy@KutakRock.com<br>       Kevin.Hartzell@KutakRock.com<br>*Attorneys for Plaintiff* | By /s/ Gregory P. Cavagnaro<br>Gregory P. Cavagnaro, WSBA #17644<br>2135 112th Avenue NE<br>Bellevue, WA 98004<br>Telephone: (425) 818-9441<br>Email: greg@gcavlaw.com |

*Admitted Pro Hac Vic

## II. ORDER

Based on the above stipulation, it is hereby ordered that all claims by and between the parties are hereby dismissed with prejudice and without fees or costs to any party.

DATED this 20th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE (NO. 2:24-cv-00472-RSM) - 2

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ERROR! UNKNOWN
DOCUMENT PROPERTY NAME.